judgment of Court of Claims—negligence—highway.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.

■ SARAH J. PECKHAM, Individually, and as Parent of DUANE PECKHAM, an Infant, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 56997.) (Appeal No. 4.)—Judgment unanimously affirmed. Same memorandum as in *Peckham v State* (54 AD2d 599, decided herewith). (Appeal from judgment of Court of Claims—negligence—highway.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.

■ SARAH J. PECKHAM, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 56998.) (Appeal No. 5.)—Judgment unanimously affirmed. Same memorandum as in *Peckham v State* (54 AD2d 599, decided herewith). (Appeal from judgment of Court of Claims—negligence—highway.) Present —Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.

■ GEORGE PECKHAM et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 57651.) (Appeal No. 6.)—Judgment unanimously affirmed, with costs. Same memorandum as in *Peckham v State* (54 AD2d 599, decided herewith). (Appeal from judgment of Court of Claims—negligence—highway.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.

■ In the Matter of STANLEY CHUDZIK, Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.—Judgment unanimously affirmed, without costs, on the memorandum at Special Term. (Appeal from judgment of Erie Supreme Court—article 78.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS BLOETH, Appellant, v ROBERT J. HENDERSON, as Superintendent of the Auburn Correctional Facility, Respondent.—Judgment unanimously affirmed on the memorandum opinion at Special Term. (Appeal from judgment of Cayuga Supreme Court—habeas corpus.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS BLOETH, Appellant, v ROBERT J. HENDERSON, as Superintendent of the Auburn Correctional Facility, Respondent.—Judgment unanimously affirmed on the memorandum opinion at Special Term. (Appeal from judgment of Cayuga Supreme Court—habeas corpus.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.

■ In the Matter of JAMES E. ROBINSON, Appellant, v ROBERT J. HENDERSON, as Superintendent of the Auburn Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: In this habeas corpus proceeding relator contends that the reasons given by the Board of Parole in denying him parole are insufficient to comply with the requirements of subdivision 6 of section 214 of the Correction Law and fail to satisfy constitutional due process guarantees. He seeks release from custody. Special Term properly treated the petition as an article 78 proceeding *(People ex rel. Miller v Regan,* 54 AD2d 605 [Sept. 24, 1976]) and denied the application. The reasons for denial were as follows: "(1) your criminal history; (2) repetitive parole violator; (3) you have not participated in available programs which would be beneficial to your rehabilitation; (4) there are no indications in the reports nor was it demonstrated during the interview that you would remain crime free if released at this time." The essential facts to support reason four do not appear in the record on this appeal. Nevertheless, the first three reasons are sufficient (see *Matter of Watkins v Caldwell,* 54 AD2d 42 [Sept. 24, 1976]). (Appeal from judgment of